## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Selvin Adonay Erazo Mejia,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, *Secretary of the United States Department of Homeland Security*;<br>Pamela Bondi, *Attorney General of the United States*;<br>Peter Berg, *Field Office Director of Enforcement and Removal Operations, Saint Paul Field Office*; and<br>Joel Brott, *Sherburne County Sheriff, Warden of Sherburne County Jail*,<br><br>Respondents. | No. 25-cv-03975 (SRN/DTS)<br><br><br><br>**ORDER** |

Pamela Guerrero, Esq., 316 E. Main St., Anoka, MN 55303, for Petitioner

Ana Voss and Lucas B. Draisey, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for Respondents

SUSAN RICHARD NELSON, United States District Judge

Before the Court is an email message sent by counsel for the Government in response to issues raised in the Court's October 17, 2025 Order [Doc. No. 4] concerning the pending Petition for a Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner Selvin Adonay Erazo Mejia. In particular, the email addresses the parties' briefing schedule and the prohibition currently in place requiring Petitioner to remain in the District of Minnesota while the Habeas Petition is pending.

1

Counsel for Petitioner and for the Government propose the following briefing schedule, which is acceptable to the Court: (1) the Government's response and supporting declarations and exhibits shall be filed on or before Monday, October 27, 2025; and (2) Petitioner's reply shall be filed on or before Monday, November 3, 2025. Counsel for the Government asserts that a hearing on the habeas matter is unnecessary because the facts are unlikely to be disputed. The Court requests that Petitioner advise the Court as to whether he wishes to have a hearing.

Counsel for the Government also advises that while it consents to maintain Petitioner in custody in the District of Minnesota pending the resolution of the Habeas Petition, it "reserves the right to move him for exigent medical or bed-space issues that would require moving him out of state," and if such movement is required, the Government "would give the Court and counsel notice of the issue as soon as practicable."

The Court advises the Government that the prohibition against moving Petitioner out of the District of Minnesota remains in place. If exigent circumstances or bed space issues should arise, the Government must notify the Court in advance of any movement sufficient to allow the Court to review the issue.

**IT IS SO ORDERED**.

Dated: October 21, 2025                    s/Susan Richard Nelson
                                           SUSAN RICHARD NELSON
                                           United States District Judge